■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAZ D. FRAZIER, Appellant. [937 NYS2d 653]

Memorandum: On appeal from a judgment convicting him upon his plea of guilty of manslaughter in the first degree (Penal Law § 125.20 [1]), defendant contends that County Court erred in sentencing him without the benefit of an adequate presentence report. Defendant failed to preserve that contention for our review (*see People v Pomales*, 37 AD3d 1098 [2007], *lv denied* 8 NY3d 949 [2007]; *People v Diaz*, 26 AD3d 768 [2006]). In any event, it is without merit (*see People v Harrington*, 3 AD3d 737, 739 [2004]; *see also People v Rudduck*, 85 AD3d 1557 [2011], *lv denied* 17 NY3d 861 [2011]). The sentence is not unduly harsh or severe. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.